UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY TOBON,<br><br>            Plaintiff,<br><br>       v.<br><br>THE SHERWIN WILLIAMS COMPANY, et al.,<br><br>            Defendants. | Case No.  22-cv-01925-JD<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

The parties have identified *Troy Tobon and Tobon's Floorcovering, Inc. v. The Sherwin Williams Company, Inc., and Does 1-50, inclusive*, Case No. 3:22-cv-00375-VC, as a potentially related case. Dkt. No. 13 at 1-2. The Court refers the case to Judge Chhabria for a determination on whether the cases should be related.

**IT IS SO ORDERED.**

Dated: June 9, 2022

JAMES DONATO
United States District Judge